**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONALD SEIBEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:22-cv-2115 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | § | |
| | § | |
| | § | |
| Defendant. | § | |

**LIST OF ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Donald Seibel, Plaintiff in the above-entitled and numbered cause, and files this it's List of Legal Entities that are financially interested in the outcome of this litigation and would show unto this Honorable Court as follows:

Donald Seibel is the Plaintiff and financially interested in the outcome of this litigation.

Marc Whitehead is Plaintiff's attorney and financially interested in the outcome of this litigation.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: ____/s/ Britney McDonald__
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
Selina Valdez
Tex. Bar No. 24121872
Fed I.D. No. 3633062
Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467

Marc S. Whitehead
Tex. Bar No. 00785238
Fed. I.D. No. 15465
J. Anthony Vessel
Tex. Bar No. 24084019
Fed. I.D. No. 1692384

403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-2860
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
DONALD SEIBEL